IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>MARTHA ELISA PABLO-GARCIA<br><br>     Defendant. | 8:17CR264<br><br>**ORDER** |

   This matter is before the court on the Motion for Continuance [29] and the Amended Motion for Continuance [30]. Counsel is seeking additional time to complete plea paperwork. Defendant shall comply with NECrimR 12.1(a). For good cause shown,

   **IT IS ORDERED** that the defendant's Motion for Continuance [29] is denied as moot. The Amended Motion for Continuance [30] is granted as follows:

   1. The jury trial, now set for October 17, 2017 is continued to **November 7, 2017**.

   2. The defendant shall file an affidavit required by paragraph 9 of the progression order and NE.CrimR 12.1(a) forthwith.

   3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 7, 2017,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

   Dated this 13th day of October, 2017.

                BY THE COURT:

                s/ Michael D. Nelson
                United States Magistrate Judge